No. 77–6409. CONRAD *v.* COMMERCE BANK OF KANSAS CITY, 436 U. S. 901;

No. 77–6457. BAMOND *v.* NEW YORK ET AL., 436 U. S. 910; and

No. 77–6657. CONRAD *v.* FIRST STATE BANK & TRUST CO., 436 U. S. 916. Petitions for rehearing denied.